UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL SMITH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-0927** |
| **BURL CAIN, WARDEN** | **SECTION "F"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Daniel Smith's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** because the Court lacks subject matter jurisdiction.

New Orleans, Louisiana, this 28th day of Dec., 2010.

_____
UNITED STATES DISTRICT JUDGE